

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-15-2013

# USA v. Diodayan Ledesma-Cuesta

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-3041

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Diodayan Ledesma-Cuesta" (2013). *2013 Decisions.* Paper 359.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/359

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

GLD-367                                                            NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3041
_____

UNITED STATES OF AMERICA

v.

DIODAYAN LEDESMA-CUESTA,

Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 2:01-cr-00374-001)
District Judge:  Honorable Stewart Dalzell

_____

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
August 1, 2013
Before:  FUENTES, FISHER and VANASKIE, Circuit Judges

(Opinion filed: August 15, 2013)
_____

OPINION
_____

PER CURIAM

　　Diodayan Ledesma-Cuesta appeals an order denying his 28 U.S.C. § 1651

petition.  We have jurisdiction pursuant to 28 U.S.C. § 1291.  Having dealt with near-

identical appeals from Ledesma-Cuesta in the recent past, we will summary affirm for

substantially the same reasons discussed in our August 2012 opinion.  See United States

v. Ledesma-Cuesta, 476 F. App'x 412, 412 (3d Cir. 2012) (nonprecedential per curiam); see also 3d Cir. L.A.R. 27.4; 3d Cir. I.O.P. 10.6.  To the extent that Ledesma-Cuesta relies on Kessack v. United States, No. C05-1828Z, 2008 U.S. Dist. LEXIS 7739 (W.D. Wash. Jan. 18, 2008), we have previously declined to follow that case, and the Ninth Circuit has explicitly rejected its outcome.  See United States v. Gamboa, 608 F.3d 492, 495 (9th Cir. 2010) (explaining that Kessack is "contrary to the law of [the Ninth] Circuit"); Massey v. United States, 581 F.3d 172, 174 n.2 (3d Cir. 2009) (per curiam).